**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-6960**

———————————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

LORENZO LEE WINFIELD, a/k/a Geek,

               Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Robert E. Payne, Senior District Judge.  (2:95-cr-00193-REP-3)

———————————

Submitted:  March 8, 2011          Decided:  March 21, 2011

———————————

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Lorenzo Lee Winfield, Appellant Pro Se.  Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Lee Winfield appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Winfield, No. 2:95-cr-00193-REP-3 (E.D. Va. May 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED